UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN STEPHENS III,<br><br>   Plaintiff,<br><br> v.<br><br>MELVIN R. COHICK, et al.,<br><br>   Defendants. | CIVIL ACTION NO. 4:22-CV-01460<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 21st day of September, 2022, for the reasons set forth in the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. Plaintiff is hereby granted leave to file an amended complaint within thirty (30) days of the date of this Order, on or before **Friday, October 21, 2022**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**